|  |  |
|---|---|
| KRYSTAL PRIDE,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br><br>　　　　*Defendants*. | CIVIL ACTION<br>NO. 17-3400 |

## ORDER

**AND NOW**, this 11th day of April, 2018, upon consideration of Defendants' Motion to Dismiss, (ECF No. 4), and Plaintiff's Response (ECF No. 8), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

1. Count II against the City and Rodriguez in his official capacity is **DISMISSED** with prejudice. Count II against Rodriguez in his individual capacity is **DISMISSED** without prejudice.

2. Counts III and IV against Rodriguez in his official capacity are **DISMISSED** with prejudice. Counts III and IV against Rodriguez in his individual capacity are **DISMISSED** without prejudice.

3. Count V against the City and Rodriguez are **DISMISSED** without prejudice.

4. Plaintiff must file her amended complaint on or before **April 25, 2018** or the case may be dismissed.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.